UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MICHAEL HOLLINS,

    Plaintiff,

vs.

BUREAU OF PRISONS, et al.,

    Defendants.

No. C 11-1602 PJH (PR)

**ORDER OF DISMISSAL**

This case was opened when plaintiff filed a motion to proceed in forma pauperis but no complaint. In an effort to protect his rights, the motion was treated as an attempt to file a new case. The clerk sent plaintiff a notice that he had not filed a complaint and gave him thirty days to do so.

No response has been received. This case therefore is **DISMISSED** without prejudice. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: May 23, 2011.

    PHYLLIS J. HAMILTON
    United States District Judge

P:\PRO-SE\PJH\CR.11\HOLLINS1602.DSM.wpd